# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Ruth B. | Supreme Court of the United States | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust Article Fourth U/W Martin D. Ginsburg |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/12/13 | Tulane Law School, Paris, France - Summer Seminars July 8-14, 2013 | $17,308.30 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | February 3-5, 2013 | Cambridge, MA | Participant/Honoree in program recognizing 20th Anniv. of my appointment to Sup.Ct. | transportation, lodging, food |
| 2. | Thomas Jefferson School of Law | February 7-9, 2013 | San Diego, CA | Participant in Women in the Law Conference | transportation, lodging, food |
| 3. | New York City Bar Association | February 13-14, 2013 | New York, NY | Participant in Ruth Bader Ginburg Lecture on Women in the Law | transportation, lodging, food |
| 4. | DePaul University | May 10, 2013 | Chicago, IL | Participant in Centennial Celebration | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

| | | | | |
|---|---|---|---|---|
| 5. University of Chicago Law School | May 11-12, 2013 | Chicago, IL | Participant in conversational program | transportation, lodging, food |
| 6. Tulane Law School | July 7-15, 2013 | Paris, France | Panelist | transportation, lodging, food |
| 7. American Bar Association World Justice Forum | July 10, 2013 | The Hague, Netherlands | Speaker | transportation, lodging, food |
| 8. The Chautauqua Institution | July 27-30, 2013 | Chautauqua, NY | Lecturer | transportation, lodging, food |
| 9. The Constitution Center | September 6-7, 2013 | Phildelphia, PA | Participant in conversational program | transportation, lodging, food |
| 10. Lawyers Club | September 8-9, 2013 | Chicago, IL | Speaker at luncheon | transportation, lodging, food |
| 11. University of California Berkeley School of Law | September 15-17, 2013 | Berkeley, CA | Lecturer & class visits | transportation, lodging, food |
| 12. Stanford Law School | September 17-19, 2013 | Stanford, CA | Lecturer & class visits | transportation, lodging, food |
| 13. Canada Supreme Court & U.S. Supreme Court | September 23-25, 2013 | Ottawa, Canada | Participant in Legal Exchange program | transportation, lodging, food |
| 14. Harvard Law School | October 23-24, 2013 | Cambridge, MA | Participant in Ames Final Moot Court Competition | transportation, lodging, food |
| 15. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-Morgan Guaranty Trust Co., NYC | | None | K | T | | | | | |
| 2. Checking account PNC Bank, DC | A | Int./Div. | J | T | | | | | |
| 3. TIAA CREF Retirement Accounts | A | Int./Div. | P1 | T | Distributed (part) | 12/01/13 | L | F | |
| 4. TIAA CREF Mutual Funds | E | Dividend | O | T | | | | | |
| 5. Fried Frank Pension (commenced on death of ▮▮▮▮ ) | G | Distribution | P1 | T | | | | | |
| 6. JP Morgan Intermediate Tax Free Income Fund | A | Interest | N | T | Sold (part) | 06/27/13 | N | D | |
| 7. | | | | | Sold (part) | 11/01/13 | N | D | |
| 8. JP Morgan Total Return Select Fund | D | Dividend | J | T | Sold (part) | 02/01/13 | M | A | |
| 9. | | | | | Sold (part) | 11/04/13 | J | A | |
| 10. JP Morgan Short Duration Bond Fund | C | Int./Div. | J | T | Sold (part) | 02/01/13 | N | A | |
| 11. | | | | | Sold (part) | 11/04/13 | N | A | |
| 12. JP Morgan Equity Income | D | Dividend | N | T | Buy (add'l) | 01/31/13 | L | | |
| 13. JP Morgan Market Expansion | C | Dividend | M | T | | | | | |
| 14. JP Morgan Emerging Markets | A | Dividend | | | Sold | 11/04/13 | M | A | |
| 15. JP Morgan Investment Cash | A | Interest | K | T | | | | | |
| 16. JP Morgan Intl Currency | A | Dividend | | | Sold | 06/28/13 | M | A | |
| 17. JP Morgan Tax Aware Equity | A | Dividend | M | T | Sold (part) | 11/04/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/01/13 | M | | |
| 19. JP Morgan Strategic Income Opportunity | D | Dividend | N | T | Buy (add'l) | 06/28/13 | M | | |
| 20. | | | | | Buy (add'l) | 11/04/13 | L | | |
| 21. JP Morgan Intrepid European Fund | A | Dividend | M | T | Buy | 11/04/13 | M | | |
| 22. JP Morgan Equity Focus Fund | A | Dividend | L | T | Buy | 02/01/13 | L | | |
| 23. JP Morgan Multi Sector Income Fund | C | Dividend | N | T | Buy | 02/01/13 | M | | |
| 24. | | | | | Buy (add'l) | 11/04/13 | L | | |
| 25. JP Morgan Float Rate Income Fund | D | Dividend | N | T | Buy | 02/01/13 | M | | |
| 26. | | | | | Buy (add'l) | 11/04/13 | L | | |
| 27. JP Morgan SH-INT Muni Bond Fund | A | Int./Div. | N | T | Buy | 11/04/13 | N | | |
| 28. SPDR S&P 500 ETF Trust | B | Dividend | M | T | Buy | 07/02/13 | M | | |
| 29. ISHARES Core S&P Mid Cap ETF | A | Dividend | M | T | Buy | 07/02/13 | L | | |
| 30. ISHARES MSCI All Country Asia EX Japan Index Fund | B | Dividend | L | T | Buy | 02/05/13 | L | | |
| 31. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 32. Vanguard FTSE Europe ETF | A | Dividend | L | T | Buy | 11/06/13 | L | | |
| 33. Trust Article 4th u/w/o [redacted] (beneficiary, trustee) (x) | E | Distribution | O | T | | | | | |
| 34. -TIAA CREF MidCap Growth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TIAA CREF High Yield Fund | | | | | | | | | |
| 36. -JP Morgan Chase Checking | | | | | | | | | |
| 37. -JP Morgan Chase Savings | | | | | | | | | |
| 38. -Wegoma 1974 Associates | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 32  Trust was created under article fourth of the will of ▮▮▮▮▮▮▮▮ ▮▮▮▮, deceased 6/27/10).  Trust was not funded until July 31, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544